United States District Court
Southern District of Texas
**ENTERED**
October 25, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BERNADETTE ARAGONES-RODRIGUEZ, § <br> BOP #40845-180, § <br>  § <br> Petitioner, § <br>  § <br> v. § <br>  § <br> WARDEN, FPC BRYAN, § <br>  § <br> Respondent. § | CIVIL ACTION NO. H-24-2786 |

**FINAL JUDGMENT**

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED with prejudice**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the petitioner.

**SIGNED** at Houston, Texas, on this 25th day of October, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE